IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                                       Criminal Action No.
                                                           23-00038-01-CR-W-DGK

KENDRICK BROWN,

          Defendant.

_____

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:
COUNT ONE: Possession With Intent to Distribute Methamphetamine *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
COUNT TWO: Possession of a Firearm in Furtherance of a Drug Trafficking Crime *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)
COUNT THREE: Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner
      Case Agent: TBD
    Defense: Mathew Merryman

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:
    Government: 404(b) evidence for FIP prior felony
    Defense: Motions in limine

**TRIAL WITNESSES**:
    Government: 8-10 with stipulations; 10-12 without stipulations
    Defense: 1 witness, including Defendant who     ( ) will
                                                                                 ( x ) may
                                                                                 ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 100 exhibits
    Defense: 10 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial                   (  ) Possibly for trial
    ( x ) Motion to continue to be filed     ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2.5 days**
    Government's case including jury selection: 2 days
    Defense case: .25 days

**STIPULATIONS**:
    (  )   not likely
    (  )   not appropriate
    ( x )  likely as to:
        (  )   chain of custody
        ( x )  chemist's reports
        (  )   prior felony conviction
        ( x )  interstate nexus of firearm
        (  )   other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES: 3/4/24**

    **Witness and Exhibit Lists**:
    Government: 3/4/24
    Defense: 3/4/24
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: 3/4/24
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: 3/4/24

**TRIAL SETTING**: Criminal jury trial docket commencing 3/18/2024
    **Please note**:  *Any conflicting settings on trial docket?* None

**OTHER**:
    (  )   A _____-speaking interpreter is required.
    (  )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                        */s/ Jill A. Morris*
                                                     JILL A. MORRIS
                                                     United States Magistrate Judge